FILED'07 JAN 09 10:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TONI LYNN ALBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES R. STEWART, et al.,<br><br>    Defendants. | Civ. No. 04-3097-CO<br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation on December 5, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party objected to the Findings and Recommendation, this court reviews the legal rulings of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I have, therefore, given this case de novo review. I find no

1 - ORDER

error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#62) is adopted. Defendants' motion for summary judgment (#32) is granted as to plaintiff's federal claims. Plaintiff's state law claims are dismissed without prejudice with leave to refile those claims in state court.

IT IS SO ORDERED.

DATED this 5 day of January, 2007.

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER